# United States District Court
## Violation Notice

| | | |
|---|---|---|
| CVB Location Code: CS81 | | |
| Violation Number: 7472030 | Officer Name (Print): SANGER | Officer No.: 6A5 |

7472030

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense: 3/2/22 1614 | Offense Charged: ☒CFR ☐USC ☐State Code — 102-74.430 (D) |
|---|---|

Place of Offense: 2500 PASEO INTERNACIONAL

Offense Description: Factual Basis for Charge — HAZMAT ☐

FAILURE TO COMPLY WITH POSTED TRAFFIC DIRECTIVES

### DEFENDANT INFORMATION

Last Name: MARTINEZ  First Name: JOSE  M.I.: P

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| BKA2458 | AZ | 93 | MAZDA TM | | GREEN |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ ~~$150~~ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 180 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 221 W BROADWAY SAN DIEGO, CA 92101
Date: TBD  Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: REFUSE TO SIGN

(Rev. 09/2015)  Original - CVB Copy

CVB SCAN 05/03/2022 16:2

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on MARCH 3RD, 20 22 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 3/2/22   Officer's Signature: E. SANGER

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident